## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| JIANGSU DINGSHENG NEW MATERIALS JOINT-STOCK CO., LTD.; DINGSHENG ALUMINIUM INDUSTRIES (HONG KONG) TRADING CO., LIMITED (DINGSHENG ALUMINIUM INDUSTRIES (HONG KONG) TRADING CO., LTD.); HANGZHOU DINGSHENG IMPORT & EXPORT CO., LTD. (HANGZHOU DINGSHENG IMPORT AND EXPORT CO., LTD.); HANGZHOU FIVE STAR ALUMINIUM CO., LTD.; HANGZHOU TEEMFUL ALUMINIUM CO., LTD.; INNER MONGOLIA LIANSHENG NEW ENERGY MATERIAL CO., LTD.; INNER MONGOLIA XINXING NEW ENERGY MATERIAL CO., LTD. (INNER MONGOLIA XINXING NEW MATERIAL CO.); DINGSHENG NEW MATERIALS CO., LTD.; and PROSVIC SALES INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **SUMMONS** <br><br> Court No. 24-00228 |

To: The Attorney General of the United States
    and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

                                                              /s/   Mario Toscano
                                                              Clerk of the Court

1. <u>Name and standing of plaintiff:</u> Plaintiffs Jiangsu Dingsheng New Materials Joint-Stock Co., Ltd.; Dingsheng Aluminium Industries (Hong Kong) Trading Co., Limited (Dingsheng Aluminium Industries (Hong Kong) Trading Co., Ltd.); Hangzhou Dingsheng Import & Export Co., Ltd. (Hangzhou Dingsheng Import and Export Co., Ltd.); Hangzhou Five Star Aluminium Co., Ltd.; Hangzhou Teemful Aluminium Co., Ltd.; Inner Mongolia Liansheng New Energy

Material Co., Ltd.; Inner Mongolia Xinxing New Energy Material Co., Ltd. (Inner Mongolia Xinxing New Material Co.); Dingsheng New Materials Co., Ltd.; and Prosvic Sales Inc. (collectively, "Dingsheng") as foreign manufacturers and exporters of certain aluminum foil from China. Plaintiffs' products were the subject of the U.S. Department of Commerce's antidumping duty administrative review, for which the final results were published as *Certain Aluminum Foil from the People's Republic of China: Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Rescission of Review, in Part; 2022-2023,* 89 Fed. Reg. 88,972 (Nov. 12, 2024).

Dingsheng participated as a party in the above-referenced administrative review and is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Dingsheng accordingly has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. §2631(c).

2.   Brief description of the contested determination:

Dingsheng contests the U.S. Department of Commerce's final results *Certain Aluminum Foil from the People's Republic of China: Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Rescission of Review, in Part; 2022-2023,* 89 Fed. Reg. 88,972, dated November 12, 2024, finding that Dingsheng's imports of subject merchandise are subject to a 60.61% antidumping duty rate.

3.   Effective date of the determination:

The International Trade Administration of the U.S. Department of Commerce issued the *Final Results* in the above referenced administrative review on November 12, 2024 (89 Fed. Reg. 88,972).

4.   Date of publication in the Federal Register:

The contested *Final Results* in the above-referenced case were published in the Federal Register on November 12, 2024 (89 Fed. Reg. 88,972).

Respectfully submitted,

*/s/ Ned H. Marshak*

Ned H. Marshak*
Dharmendra Choudhary
Jordan C. Kahn

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

*599 Lexington Avenue, Floor 36
New York, New York 10022
(212) 557-4000

1201 New York Ave., NW
Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  December 12, 2024

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230