UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

November 10, 2026

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
Email: nmarshak@gdlsk.com

Dharmendra Narain Choudhary, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email: dchoudhary@gdlsk.com
jkahn@gdlsk.com

Tate Nathan Walker, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email: tate.walker@usdoj.gov

Karl John Mueller, Esq.
Layla Ritner Mustafa, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW
Washington, DC 20230
Email: Karl.Mueller@trade.gov
layla.mustafa@trade.gov

John M. Herrmann, II, Esq.
Paul Charles Rosenthal, Esq.
Kelley Drye & Warren, LLP
670 Maine Avenue, SW
Suite 600
Washington, DC 20024
Email: jherrmann@kelleydrye.com
prosenthal@kelleydrye.com

Joshua Rubin Morey, Esq.
Kelley Drye & Warren, LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Email: jmorey@kelleydrye.com

Matthew G. Pereira, Esq.
Kelley Drye & Warren, LLP
3050 K Street, NW
Suite 400
Washington, DC 20007-5108
Email: mpereira@kelleydrye.com

Re: *Jiangsu Dingsheng New Materials Joint-Stock Co., Ltd. et al v. United States*, Court No. 24-00228

Dear Counsel:

It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, November 24, 2026. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, November 23, 2026, in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

/s/ Claire R. Kelly
Claire R. Kelly, Judge